JS-6

**FILED: 6/27/13**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NISSANOFF, M.D.,<br><br>  Plaintiff,<br><br>  v.<br><br>GREENWICH INSURANCE COMPANY, and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No. CV13-00165-GHK (MANx)<br><br>[*Assigned for all purposes to the Honorable George H. King, Courtroom 650*]<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL |

This Court having reviewed the Stipulation of Parties for Dismissal, and deeming itself fully advised in the premises, it is now, therefore, hereby ORDERED, ADJUDGED and DECREED as follows:

The above-referenced action is dismissed with each party to bear its own costs and attorneys' fees.

DATED:  6/26/13            _____
                            GEORGE H. KING,
                            CHIEF U.S. DISTRICT JUDGE

{00076261.DOCX 1}                1
[PROPOSED] ORDER FOR DISMISSAL